DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rschonfeld@cslawoffice.net
Attorney for Petitioners
FIVE AIRCORP. INC. and
Francisco Garza-Vargas

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| FIVE AIRCORP. INC., a Delaware Corporation; and FRANCISCO GARZA-VARGAS, as beneficial owner, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO: 2:20-cv-00539-JCM-VCF |
| | ) |
| UNITED STATES OF AMERICA DEPARTMENT OF COMMERCE, and BUREAU OF INDUSTRY AND SECURITY, | ) ) ) ) ) |
| Defendant. | ) ) |

### STIPULATION TO EXTEND TIME FOR SERVICE OF SUMMONS AND PETITION/MOTION

COMES NOW, Plaintiffs/Petitioners, **FIVE AIRCORP. INC.**, and **FRANCISCO GARZA-VARGAS, as Beneficial Owner**, (hereinafter collectively "Plaintiffs") through their attorneys, **DAVID Z. CHESNOFF, ESQ.**, and

**RICHARD A. SCHONFELD, ESQ.**, of the law office of **CHESNOFF & SCHONFELD**, and the Defendants United States of America Department of Commerce, and Bureau of Industry and Security by and through their counsel Assistant Untied States Attorney Daniel Hollingsworth, and hereby stipulate as follows:

1. The Petition for Return of Seized Property was filed by the Plaintiffs on March 17, 2020;

2. Service of the Petition pursuant to Federal Rules of Civil Procedure is to be made within 90 days, unless there is good cause to extend that deadline;

3. Plaintiffs attempted to personally serve the Summons and Complaint on the Defendants; however, the Defendants' office in Washington, DC, was closed as a result of COVID-19 and personal service could not be effected;

4. Plaintiffs then proceeded with service pursuant to Rule 4(i)(1) by personally serving the United States Attorney's Office for the District of Nevada with a Summons as to each Defendant and two copies of the Petition with Exhibits. Plaintiffs also sent via certified mail a Summons as to each Defendant and two copies of the Petition with Exhibits to the Attorney General of the United States, the United States Department of Commerce, and the Bureau of Industry and Security;

5. Plaintiffs filed their Proof of Service on June 8, 2020, reflecting service in Nevada and by certified mail;

6. While Plaintiffs completed the above stated steps, in an abundance of caution Plaintiffs have now sought the issuance of new Summons as to each Plaintiff and each Defendant, and will serve the Summons by each Plaintiff as to each Defendant, along with the Petition and Exhibits;

7. Accordingly, the parties hereto stipulate that there is good cause to extend the time to serve the Summons and Petition with Exhibits under Federal Rules of Civil Procedure 4(m) for a period of 30 days so that service must be effected on or before July 15, 2020.  The good cause is a result of the above stated scenario and also the inability of Plaintiffs to personally serve the Defendants as a result of the COVID-19

///

pandemic.

It is so Stipulated.

Dated this 11th day of June, 2020.

Respectfully Submitted:

| CHESNOFF & SCHONFELD | NICHOLAS A. TRUTANICH |
| --- | --- |
| | United States Attorney |
| /s/ Richard A. Schonfeld | /s/ Daniel D. Hollingsworth |
| DAVID Z. CHESNOFF, ESQ. | DANIEL D. HOLLINGSWORTH |
| RICHARD A. SCHONFELD, ESQ. | Assistant United States Attorney |
| 520 South Fourth Street | District of Nevada |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorneys for Plaintiffs/Petitioners | Las Vegas, Nevada 89101 |
| Francisco Garza-Vargas | Attorney for Defendants |
| Five Aircorp. Inc. | United States Department of Commerce |
| | Bureau of Industry and Security |

**ORDER**

With Good Cause shown, it is hereby Ordered that the time within which the Plaintiffs must serve the Summons and Petition with Exhibits is hereby extended so that service must be effected by July 15, 2020.

IT IS SO ORDERED.

Dated this 18th day of June, 2020.

~~The Honorable Judge James C. Mahan~~
~~District Court Judge~~
Cam Ferenbach
United States Magistrate Judge