1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Daniel.Hollingsworth@usdoj.gov
   *Attorneys for the United States*
7

8 | UNITED STATES DISTRICT COURT
  | DISTRICT OF NEVADA
9

10 | FIVE AIRCORP, INC., and FRANCISCO | 2:20-CV-539-JCM-VCF
11 | GARZA-VARGAS,
   |                                    | **United States' Unopposed Motion for an**
12 |           Plaintiffs,               | **Extension of Time to File an Answer or**
   |                                    | **Other Responsive Pleading to Plaintiffs'**
13 |     v.                              | **Petition for the Return of Seized**
   |                                    | **Property (ECF No. 1) and Order**
14 | UNITED STATES OF AMERICA
15 | DEPARTMENT OF COMMERCE, and         | **(First Request)**
   | BUREAU OF INDUSTRY AND
16 | SECURITY,
17 |           Defendants.

18     The United States of America Department of Commerce and Bureau of Industry

19 and Security ("Defendants" or "United States") moves this Court for an Order extending

20 the time for Defendants to file its answer or other responsive pleading to Plaintiffs' Petition

21 for the Return of Seized Property, ECF No. 1. Defendants requests an extension of time to

22 and including August 12, 2020. This is Defendants' first request.

23     The grounds for an extension of time are as follows:

24     1. On July 14, 2020, undersigned counsel contacted Richard Schonfeld and David

25        Chesnoff, counsel for Plaintiffs, who agreed to this extension of time.

26     2. In response to the COVID-19 outbreaks, this Court issued a series of orders

27        which placed restrictions on court operations. *See* Temporary General Orders

28        2020-02, 2020-03, 2020-04, 2020-05, 2020-08. As court operations gradually

resume, the backlog of forfeiture work have increased significantly. The undersigned has a large and active case load with many tightly scheduled deadlines with the court for complex issues that have taken large amounts of time and resources to complete. Undersigned has worked extremely hard and efficiently to meet all the deadlines, but has not had time to complete the answer or response. The undersigned is doing the best he can under the circumstances.

3. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, August 12, 2020, for the United States to file its answer or other responsive pleading.

Dated this 15th day of July 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
Cam Ferenbach
United States Magistrate Judge

DATED: 7-22-2020 _____