**DAVID Z. CHESNOFF, ESQ.**
**RICHARD A. SCHONFELD, ESQ.**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Tel.: [702] 384-5563**
**Fax: [702] 598-1425**
**rschonfeld@cslawoffice.net**
**Attorney for Petitioners**
**FIVE AIRCORP. INC. and**
**Francisco Garza-Vargas**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| **FIVE AIRCORP. INC., a Delaware Corporation; and FRANCISCO GARZA-VARGAS, as beneficial owner,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | )**CASE NO: 2:20-cv-00539-JCM-VCF** |
| | ) |
| **UNITED STATES OF AMERICA DEPARTMENT OF COMMERCE, and BUREAU OF INDUSTRY AND SECURITY,** | ) ) ) ) ) |
| **Defendant.** | ) ) ) |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

COMES NOW, Plaintiffs/Petitioners, FIVE AIRCORP. INC., and

FRANCISCO GARZA-VARGAS, as Beneficial Owner, (hereinafter collectively

"Plaintiffs") through their attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD

A. SCHONFELD, ESQ., of the law office of CHESNOFF & SCHONFELD, and the

Defendants United States of America Department of Commerce, and Bureau of

Industry and Security by and through their counsel Assistant Untied States Attorney

Daniel Hollingsworth, and hereby stipulate as follows:

1.  The Defendants' Answer or other responsive pleading to the Plaintiffs' Petition

for Return of Seized Property is currently due on August 12, 2020 (ECF 17);

2.  The parties have reached a settlement for the return of the property at issue and

need additional time to draft the Stipulation related thereto;

3.  The parties therefore stipulate to extend the time within which the Defendants

must file an Answer or other responsive pleading to the Petition for Return of Seized

/ / /

/ / /

2

Property whereby said filing will now be due on or before August 17, 2020.

It is so Stipulated.

Dated this 12th day of August, 2020.

Respectfully Submitted:

CHESNOFF & SCHONFELD                          NICHOLAS A. TRUTANICH
                                              United States Attorney


____/s/ Richard A. Schonfeld____                ____/s/ Daniel D. Hollingsworth____
DAVID Z. CHESNOFF, ESQ.                        DANIEL D. HOLLINGSWORTH
RICHARD A. SCHONFELD, ESQ.                     Assistant United States Attorney
520 South Fourth Street                        District of Nevada
Las Vegas, Nevada 89101                        501 Las Vegas Blvd. South, Suite 1100
Attorneys for Plaintiffs/Petitioners           Las Vegas, Nevada 89101
Francisco Garza-Vargas, and                    Attorney for Defendants
Five Aircorp. Inc.                             United States Department of Commerce
                                              Bureau of Industry and Security

## ORDER

With Good Cause shown, it is hereby Ordered that the time within which

the Defendants must file their Answer or other responsive pleading to the

Plaintiffs' Petition for Return of Seized Property is extended to the 17th day of

August, 2020.

IT IS SO ORDERED.

Dated this 12th day of August, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3