**DAVID Z. CHESNOFF, ESQ.**
**RICHARD A. SCHONFELD, ESQ.**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Tel.: [702] 384-5563**
**Fax: [702] 598-1425**
**rschonfeld@cslawoffice.net**
**Attorney for Petitioners**
**FIVE AIRCORP. INC. and**
**Francisco Garza-Vargas**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| FIVE AIRCORP. INC., a Delaware Corporation; and FRANCISCO GARZA-VARGAS, as beneficial owner,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF COMMERCE, and BUREAU OF INDUSTRY AND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: 2:20-cv-00539-JCM-VCF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

COMES NOW, Plaintiffs/Petitioners, FIVE AIRCORP. INC., and FRANCISCO GARZA-VARGAS, as Beneficial Owner, (hereinafter collectively "Plaintiffs") through their attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD

A. SCHONFELD, ESQ., of the law office of CHESNOFF & SCHONFELD, and the Defendants United States of America Department of Commerce, and Bureau of Industry and Security by and through their counsel Assistant Untied States Attorney Daniel Hollingsworth, and hereby stipulate as follows:

1. The Defendants' Answer or other responsive pleading to the Plaintiffs' Petition for Return of Seized Property is currently due on August 21, 2020 (as contemplated in the Stipulation at ECF 22);

2. The parties are still working on language for a Stipulation for Return of Seized property;

3. The parties therefore stipulate to extend the time within which the Defendants must file an Answer or other responsive pleading to the Petition for Return of Seized

/ / /

/ / /

Property whereby said filing will now be due on or before August 26, 2020.

It is so Stipulated.

Dated this 21th day of August, 2020.

Respectfully Submitted:

| | |
|---|---|
| CHESNOFF & SCHONFELD | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Richard A. Schonfeld<br>DAVID Z. CHESNOFF, ESQ.<br>RICHARD A. SCHONFELD, ESQ.<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs/Petitioners<br>Francisco Garza-Vargas, and<br>Five Aircorp. Inc. | /s/ Daniel D. Hollingsworth<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney<br>District of Nevada<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101<br>Attorney for Defendants<br>United States Department of Commerce<br>Bureau of Industry and Security |

**ORDER**

With Good Cause shown, it is hereby Ordered that the time within which the Defendants must file their Answer or other responsive pleading to the Plaintiffs' Petition for Return of Seized Property is extended to the 26th day of August, 2020.

IT IS SO ORDERED.

Dated this 24th day of August, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3