# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FIVE AIRCORP, INC. *et al.*,

    Plaintiff,

vs.

UNITED STATES OF AMERICA DEPARTMENT OF COMMERCE, and BUREAU OF INDUSTRY AND SECURITY,

    Defendant.

2:20-cv-00539-JCM-VCF

**MINUTE ORDER**

    Before the Court is the Stipulation to Extend Time for Defendants to File Answer or Other Responsive Pleading (ECF NO. 22). The parties filed this stipulation on August 19, 2020. On August 21, 2020, the parties filed a second Stipulation to Extend Time for Defendants to File Answer or Other Responsive Pleading (ECF NO. 23), requesting that the Defendants have until August 26, 2020, to file an answer or responsive pleading.

    On August 24, 2020, the court granted the parties filed a second Stipulation to Extend Time for Defendants to File Answer or Other Responsive Pleading (ECF NO. 23).

    Accordingly,

    IT IS HEREBY ORDERED that the Stipulation to Extend Time for Defendants to File Answer or Other Responsive Pleading (ECF NO. 22) is DENIED as MOOT.

    DATED this 25th day of August, 2020.

_____
  CAM FERENBACH
  UNITED STATES MAGISTRATE JUDGE