1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Daniel.Hollingsworth@usdoj.gov
   Attorneys for the United States
7

8

9
                     UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

11 FIVE AIRCORP. INC., a Delaware         )
   Corporation, and FRANCISCO GARZA-)
12 VARGAS, as beneficial owner,           )
                                          )   2:20-CV-00539-JCM-VCF
13                 Plaintiffs,            )
                                          )
14         v.                             )   Stipulation for Return of 2010
                                          )   Lear Model 60 Business Jet, bearing
15 UNITED STATES OF AMERICA               )   Serial Number 365, displaying Tail
   DEPARTMENT OF COMMERCE and )               Number N65LR
16 BUREAU OF INDUSTRY and                 )
   SECURITY,                              )
17                                        )
                   Defendant.             )
18

19       The undersigned Five Aircorp. Inc., a Delaware Corporation (Five Aircorp), and

20 Francisco Garza-Vargas (Garza) agree with the United States of America (United States) by

21 and through their respective counsel through this Stipulation for Return of 2010 Lear Model

22 60 Business Jet, bearing Serial Number 365, displaying Tail Number N65LR as follows:

23       1. The United States agrees to return to Five Aircorp and Garza the 2010 Lear

24 Model 60 Business Jet, bearing Serial Number 365, displaying Tail Number N65LR (2010

25 Lear Jet N65LR).

26       2. This Stipulation is not, is in no way intended to be, and should not be construed

27 as, an admission of liability or fault on the part of the United States and the United States

28 specifically denies that it is liable to Five Aircorp or Garza.

3. Five Aircorp and Garza agree to accept the return of the 2010 Lear Jet N65LR.

4. Five Aircorp, Garza, and the United States agree that the respective parties will each bear their own attorney's fees, litigation costs, and litigation expenses with respect to case number 2:20-CV-00539-JCM-VCF. This provision does not apply to attorney's fees, litigation costs, and litigation expenses as a result of a breach of this stipulation or litigation to enforce it.

5. The United States will bear the costs and expenses it has already incurred for the storage fees, transportation, and maintenance of the 2010 Lear Jet N65LR from the time it was seized to the returning of the 2010 Lear Jet N65LR to Five Aircorp and Garza in Las Vegas, Nevada.

6. The persons signing this Stipulation warrant and represent they possess full authority to bind the persons and entities on whose behalf they are signing to the terms of the Stipulation.

7. Counsel for Five Aircorp and Garza agree to coordinate and to arrange with the United States Department of Homeland Security (DHS) for DHS to transfer the 2010 Lear Jet N65LR to Five Aircorp and Garza in Las Vegas, Nevada from where it was seized. If Five Aircorp and Garza believe DHS is not coordinating, is not arranging, and/or is delaying the return of the 2010 Lear Jet N65LR to Las Vegas, Nevada, Five Aircorp and Garza can request relief in this Court.

8. Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

9. Except as expressly stated in the Stipulation, Five Aircorp, Garza, and the United States agree no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

10. Five Aircorp, Garza, and the United States agree this Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact

that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties contributed substantially and materially to the preparation of this Stipulation.

11. Five Aircorp, Garza, and the United States agree this Stipulation shall be construed and interpreted according to federal forfeiture law, federal common law, and the general aviation laws and regulations of the United States. The jurisdiction and the venue for any dispute related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

12. Five Aircorp, Garza, and the United States contemplate that this Stipulation may be executed in several counterparts with a separate signature page for each party and all such counterparts and signature pages, together, shall be deemed to be one document.

13. Five Aircorp and Garza understand this Stipulation cannot and does not waive any and all requirements of any and all general aviation laws and regulations regarding the 2010 Lear Jet N65LR once it is returned to Five Aircorp and Garza in Las Vegas, Nevada. Once the 2010 Lear Jet N65LR is returned to Five Aircorp and Garza in Las Vegas, Nevada, they, not the United States, will be required to meet any and all requirements of any and all general aviation laws and regulations regarding the 2010 Lear Jet N65LR as they would have been required to do so to operate the 2010 Lear Jet N65LR as though the United States did not seize the 2010 Lear Jet N65LR. These requirements will be accomplished in Las Vegas, Nevada.

14. Nothing in this Stipulation alters this Court's jurisdiction regarding the 2010 Lear Jet N65LR. This Court retains jurisdiction to enforce this stipulation and order.

DATED: __8/26/20__                    DATED: __8/26/20__

FIVE AIRCORP. INC.                    FIVE AIRCORP. INC.

_____             _____
DAVID CHESNOFF                        RICHARD SCHONFELD
Counsel for Five Aircorp. Inc.        Counsel for Five Aircorp. Inc.

3

| | |
|---|---|
| DATED: 8/26/20 | DATED: 8/26/20 |
| *(signature)* | *(signature)* |
| DAVID CHESNOFF<br>Counsel for Francisco Garza-Vargas | RICHARD SCHONFELD<br>Counsel for Francisco Garza-Vargas |
| DATED: 8/26/20 | DATED: 8/26/20 |
| FIVE AIRCORP. INC.<br>*(signature)*<br>Authorized Representative of<br>Five Aircorp. Inc., Plaintiff | FRANCISCO GARZA-VARGAS<br>*(signature)*<br>FRANCISCO GARZA-VARGAS<br>Plaintiff |
| DATED: _____<br>NICHOLAS A. TRUTANICH<br>United States Attorney | |
| _____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney | |

## ORDER

This Court having reviewed the Stipulation of the Parties, and good cause appearing, hereby Orders that all terms of the Stipulation are adopted by the Court as though fully set forth herein as an Order of this Court.

IT IS SO ORDERED.

*(signature)*

Cam Ferenbach
United States Magistrate Judge

9-1-2020
Dated: _____

IT IS SO ORDERED.

~~The Honorable James C. Mahan~~
~~United States District Court Judge~~

Dated: August , 2020.

| | |
|---|---|
| DATED: _____ | DATED: _____ |
| FRANCISCO GARZA-VARGAS | FRANCISCO GARZA-VARGAS |
| _____ | _____ |
| DAVID CHESNOFF<br>Counsel for Francisco Garza-Vargas | RICHARD SCHONFELD<br>Counsel for Francisco Garza-Vargas |
| DATED: _____ | DATED: _____ |
| FIVE AIRCORP. INC. | FRANCISCO GARZA-VARGAS |
| _____ | _____ |
| Authorized Representative of<br>Five Aircorp. Inc., Plaintiff | FRANCISCO GARZA-VARGAS<br>Plaintiff |

DATED: August 26, 2020

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
_____
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

## ORDER

This Court having reviewed the Stipulation of the Parties, and good cause appearing, hereby Orders that all terms of the Stipulation are adopted by the Court as though fully set forth herein as an Order of this Court.

IT IS SO ORDERED.

_____
The Honorable James C. Mahan
United States District Court Judge

Dated: August , 2020.

4